No. 83–5993. WILLIAMS *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 83–5994. WILLIAMS *v.* WILLIAMS, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 83–5996. TOMAY-YBLY *v.* ZURICH-AMERICAN INSURANCE COS. C. A. 9th Cir. Certiorari denied. 

No. 83–5997. OLSEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–5998. MALLY *v.* NEW YORK UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–6000. PATTERSON *v.* MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. 

No. 83–6002. GIBBS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 83–6003. EVANS *v.* GRANNIS ET AL. C. A. 4th Cir. Certiorari denied. 

No. 83–6004. DAVIS ET AL. *v.* CENTRAL INTELLIGENCE AGENCY ET AL. C. A. 8th Cir. Certiorari denied. 

No. 83–6006. JOHNSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 83–6007. HALPIN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 83–6008. CARSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 83–6012. GONZALES *v.* TEXAS. Ct. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 83–6013. LUCERO *v.* OGDEN ET AL. C. A. 10th Cir. Certiorari denied. 

No. 83–6018. WHITE *v.* TOPPITZER. Sup. Ct. Pa. Certiorari denied.